No. 6. HOWARD v. TEXAS. Ct. Crim. App. Tex. Petitioner *pro se*. *Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, *T. B. Wright*, Executive Assistant Attorney General, and *Howard M. Fender, Gilbert J. Pena* and *Charles B. Swanner*, Assistant Attorneys General, for respondent.

No. 8, Misc. LOTT v. TEXAS. Ct. Crim App. Tex. Petitioner *pro se*. *Waggoner Carr*, Attorney General of Texas; *Hawthorne Phillips*, First Assistant Attorney General, *T. B. Wright*, Executive Assistant Attorney General, and *Howard M. Fender* and *Allo B. Crow, Jr.*, Assistant Attorneys General, for respondent.

No. 13, Misc. STONEHAM v. TEXAS. Ct. Crim. App. Tex. *Charles E. Benson* for petitioner. Reported below: 389 S. W. 2d 468.

No. 14, Misc. CAPUCHINO v. TEXAS. Ct. Crim. App. Tex. *Clyde W. Woody* and *Marian S. Rosen* for petitioner. *Waggoner Carr*, Attorney General of Texas, and *Howard M. Fender* and *Charles B. Swanner*, Assistant Attorneys General, for respondent. Reported below: 389 S. W. 2d 296.

No. 59, Misc. FLETCHER v. TEXAS. Ct. Crim. App. Tex. *Charles E. Benson* for petitioner. Reported below: 396 S. W. 2d 393.

